**KORDITE CORPORATION, Appellant,**

v.

**Pinkney JOHNSON, Appellee.**

No. 23992.

United States Court of Appeals
Fifth Circuit.

Nov. 2, 1967.

John M. Grower, Jackson, Miss., Brunini, Everett, Grantham & Quin Jackson, Vicksburg, Miss., W. T. Jones, Jackson, Miss., for appellant.

Melvin B. Bishop, of counsel; Daniel, Coker & Horton, Jackson, Miss., for appellee.

Before JONES and GODBOLD, Circuit Judges, and SCOTT, District Judge.

PER CURIAM:

The issues in this diversity case, which were primarily fact issues, were resolved by the district court. No error appears in the judgment before this Court on appeal. The judgment is

Affirmed.